IN THE UNITED STATES DISTRICT COURT
FOR THE CONNECTICUT

FILED

2018 OCT 19 ⊅ 3: 32

| IN RE: SUBPOENA ISSUED TO | Case No. 3:18MJ___ (WIG) |
| DOMAINS BY PROXY, LLC | 1655 US DISTRICT COURT |
| | Filed Under Seal    BRIDGEPORT CT |

## APPLICATION FOR ORDER COMMANDING DOMAINS BY PROXY, LLC NOT TO NOTIFY ANY PERSON OF THE EXISTENCE OF SUBPOENA

The United States requests that the Court order DOMAINS BY PROXY, LLC not to notify any person (including the subscribers or customers of the account(s) listed in the subpoena) of the existence of the attached subpoena, for the period of 365 days, or until October 19, 2019, or until further order of the Court.

DOMAINS BY PROXY, LLC is a provider of an electronic communication service, as defined in 18 U.S.C. § 2510(15), and/or a remote computing service, as defined in 18 U.S.C. § 2711(2). Pursuant to 18 U.S.C. § 2703, the United States obtained the attached subpoena, which requires DOMAINS BY PROXY, LLC to disclose certain records and information to the United States. This Court has authority under 18 U.S.C. § 2705(b) to issue "an order commanding a provider of electronic communications service or remote computing service to whom a warrant, subpoena, or court order is directed, for such period as the court deems appropriate, not to notify any other person of the existence of the warrant, subpoena, or court order." *Id.*

In this case, such an order would be appropriate ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮

▮▮ ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮ ▮▮▮▮▮ ▮ ▮▮

▮▮▮▮ ▮ ▮▮▮▮▮▮▮ ▮▮▮▮▮▮ ▮▮▮▮ ▮ ▮

▮▮ ▮▮▮ ▮ ▮ ▮▮▮▮▮ ▮▮▮▮ ▮▮▮ ▮ ▮▮ ▮

▮▮▮ ▮▮▮▮ ▮▮▮▮▮ ▮▮▮ ▮ ▮

▮▮ ▮ ▮ ▮▮▮ ▮▮▮ ▮ ▮▮▮▮ .



Section 2705(b) provides that when the government is not required to notify the subscriber or customer that it is serving process on the provider, then the Court may order the provider not to give notice, provided one of the five risks set forth in § 2705(b) is present. For the reasons listed above, the government has shown that there is reason to believe that notice by the provider would cause one of the enumerated harms. The government is proceeding here using a subpoena under 18 U.S.C. § 2703(c)(2). Section 2703(c)(3) provides that when the government proceeds under § 2703(c) (*i.e.,* when it is only seeking records of the provider, and not any content of the subscriber or customer), the government is not required to provide notice to the subscriber or customer. Thus, the government has satisfied all the conditions of § 2705(b).

WHEREFORE, the United States respectfully requests that the Court grant the attached Order directing DOMAINS BY PROXY, LLC not to disclose the existence or content of the

attached subpoena, except that DOMAINS BY PROXY, LLC may disclose the attached

subpoena to an attorney for DOMAINS BY PROXY, LLC for the purpose of receiving legal

advice.

　　The United States further requests that the Court order that this application and any

resulting order be sealed until further order of the Court. As explained above, █████████████

████████████ ████ ██████████████████████ ████ ████████████████████ ██████████ █

████████████ Accordingly, there is good cause to seal these documents because their

premature disclosure may seriously jeopardize that investigation.

　　Executed on October ＿, 2018.

　　　　　　　　　　　　JOHN H. DURHAM
　　　　　　　　　　　　UNITED STATES ATTORNEY

　　　　　　　　　　　　DAVID T. HUANG
　　　　　　　　　　　　ASSISTANT U.S. ATTORNEY
　　　　　　　　　　　　Federal Bar No. CT30434
　　　　　　　　　　　　157 Church Street, 25th Floor
　　　　　　　　　　　　New Haven, CT 06510



