IN THE UNITED STATES DISTRICT COURT
FOR THE CONNECTICUT

FILED

2018 OCT 19 P 3: 32

US DISTRICT COURT
BRIDGEPORT CT

| | |
|---|---|
| IN RE: SUBPOENA ISSUED TO DOMAINS BY PROXY, LLC | Case No. 3:18MJ___ (WIG) 1655<br>Filed Under Seal |

## ORDER

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding DOMAINS BY PROXY, LLC, an electronic communication service provider and/or a remote computing service, not to notify any person (including the subscribers or customers of the account(s) listed in the subpoena) of the existence of the attached subpoena, for the period of 365 days, or until October 19, 2019, or until further order of the Court.

[redacted]

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that DOMAINS BY PROXY, LLC shall not disclose the existence of the attached subpoena, for the period of 365 days, or until October 19, 2019, or until further order of the Court, to the listed subscriber or to any other person, unless and until otherwise authorized to do so by the Court, except that DOMAINS BY PROXY, LLC may disclose the attached subpoena to an attorney for DOMAINS BY PROXY, LLC for the purpose of receiving legal advice.

IT IS FURTHER ORDERED that the application and this Order are sealed until October 19, 2019 unless otherwise ordered by the Court.

___10/19/18___
Date

___[signature]___
HONORABLE WILLIAM I. GARFINKEL
United States Magistrate Judge