UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

IN RE: SEALED CASES

Case No. 3:18MJ1652 (WIG)
Case No. 3:18MJ1653 (WIG)
Case No. 3:18MJ1654 (WIG)
Case No. 3:18MJ1655 (WIG)

**FILED UNDER SEAL**

October 16, 2019

### SEALED MOTION TO CONTINUE TO SEAL

In accordance with Rule 57 of the Local Rules of Criminal Procedure, the United States respectfully requests that these captioned matters, which were originally ordered sealed until October 19, 2019, remain under seal until further order of the Court. Each of these matters were originally sealed on October 19, 2018 by this Court but should remain sealed



Thus, the presumptive right to access under the common law in each of these matters is outweighed by countervailing factors in favor of sealing, including divulging the existence and nature of a non-public criminal investigation that occurred before a grand jury and disclosing the

timing and use of investigative techniques. Thus, the requested sealing is narrowly tailored to achieve those interests.[1]

The United States respectfully also requests that the present motion be filed and maintained under seal until further order of the Court, because unsealing it would likewise disclose that the dockets in question relates to matters that have been properly sealed.

                                    Respectfully submitted,

                                    JOHN H. DURHAM
                                  UNITED STATES ATTORNEY

                                  DAVID T. HUANG
                                  ASSISTANT U.S. ATTORNEY
                                  Federal Bar No. ct30434
                                  157 Church Street, 25th Floor
                                  New Haven, CT 06510
                                  Tel.: (203) 821-3700

---

[1] The nondisclosure orders entered by the Court in each of these matters are also set to expire on October 19, 2019. The government is not seeking to extend any of those orders.